JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS GOERTEMILLER individually and on behalf of all others similarly situated,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>CREDIT COLLECTION SERVICES, INC. dba Credit Collection Services; CCS Commercial, LLC; Customer Contact Solutions, LLC; ClaimAssist, LLC; First USA Financial, LLC. and DOES 1 through 10, inclusive, and each of them,<br>　　　　　　Defendants. | Case No.<br><br>2:20-cv-02819-MWF-PJW<br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS.** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated:  September 25, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge